■ In the Matter of IAN WALKER, Respondent, v SUNSHINE CARROLL, Appellant. (Appeal No. 2.) [31 NYS3d 918]—Appeal from an order of the Family Court, Chautauqua County (Judith S. Claire, J.), entered October 24, 2014 in a proceeding pursuant to Family Court Act article 6. The order denied the motion of respondent to vacate a prior court order awarding sole custody of the subject child to petitioner.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Walker v Carroll* ([appeal No. 1] 140 AD3d 1669 [2016]). Present—Smith, J.P., Centra, DeJoseph, Curran and Scudder, JJ.

■ In the Matter of RESCUE MISSION OF UTICA, INC., Respondent, v CITY OF UTICA et al., Respondents, and MICHAEL S. RIZZO, Appellant. (Appeal No. 1.) [31 NYS3d 917]—Appeal from a judgment (denominated order) of the Supreme Court, Oneida County (Erin P. Gall, J.), entered March 17, 2014 in a CPLR article 78 proceeding. The judgment granted the petition, adjudged that petitioner's use of its property is legal and reversed the determination of respondent Zoning Board of Appeals of the City of Utica.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Smith, J.P., Centra, DeJoseph, Curran and Scudder, JJ.

■ In the Matter of MICHAEL S. RIZZO, Appellant, v RESCUE MISSION OF THE CITY OF UTICA, INC., et al., Respondents. (Appeal No. 2.) [32 NYS3d 533]—Appeal from a judgment (denominated order) of the Supreme Court, Oneida County (Erin P. Gall, J.), entered January 26, 2015 in a CPLR article 78 proceeding. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Smith, J.P., Centra, DeJoseph, Curran and Scudder, JJ.